

## Casie Walker

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

FILED
February 20, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

February 19, 2015

Third Court of Appeals
via email

Re:     Court of Appeals Number: 03-14-00482-CR
        Trail Court Number:  9552


Style:  JUSTIN BAKER HAILE
        v.
        The State of Texas

Per TRAP 51.2(a)(1), this letter is to inform you we received the mandate in the above referenced case on January 29, 2015.


Sincerely,

Casie Walker
District Clerk